## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re: <br> JASON KEITH LAURSEN <br> RACHELLE TANJA LAURSEN <br> Debtor. | CHAPTER # 7 <br> CASE NO. 09-31548  |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X**   **A**   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

\_\_\_\_**B**   The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
Intermountain Healthcare ARC                 $187.45
P.O. Box 1259
Dept.#18894
Oaks, PA 19456

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$187.45** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 28th day of December, 2010.

_____/s/_____
Steven R. Bailey, Trustee

2010 DEC 29 PM 12: 20
DISTRICT OF UTAH